## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDY SPRING BANK<br>17801 Georgia Avenue,<br>Olney, MD 20832<br><br><br>     Plaintiff,<br><br>v.<br><br>342 8TH STREET NE, LLC<br>Serve: Kass Legal Group, PLLC, Resident Agent<br>4301 Connecticut Ave., N.W.<br>Suite 434<br>Washington, DC 20008<br><br>and<br><br>NANA'S PLACE, LLC, a District of Columbia<br>limited liability company,<br>Serve: Kass Legal Group, PLLC, Resident Agent<br>4301 Connecticut Ave., N.W.<br>Suite 434<br>Washington, DC 20008<br><br>and<br><br>SONJA G. SWEEK<br>1935 NW 51st Street<br>Lincoln City, OR 97367<br><br>and<br><br>JOSHUA SWEEK<br>342 8th Street, NE<br>Washington, DC 20002<br><br>and<br><br>SANDRA SWEEK<br>342 8th Street, NE<br>Washington, DC 20002 | Case No.: 23-cv-3329 |

Defendants.

## <u>COMPLAINT</u>

Plaintiff, SANDY SPRING BANK ("Lender"), by counsel, sues Defendants, 342 8TH STREET NE, LLC, NANA'S PLACE, LLC, SONJA G. SWEEK, JOSHUA SWEEK, and SANDRA SWEEK, and alleges:

### <u>PARTIES</u>

1.      Lender is, and at all relevant times has been, a Maryland banking corporation, with its principal place of business located at 17801 Georgia Avenue, Olney, MD 20832. Lender is not incorporated in any state other than Maryland.

2.      Defendant, 342 8TH STREET NE, LLC ("Borrower"), is, and at all relevant times has been, a District of Columbia limited liability company, with its last known principal place of business located at 342 8th Street, NE, Washington, DC 20002. Borrower is not incorporated in any state other than the District of Columbia, nor does Borrower have any principal places of business outside of the District of Columbia.

3.      Defendant, NANA'S PLACE, LLC ("Guarantor 1"), is, and at all relevant times has been, a District of Columbia limited liability company, with its last known principal place of business located at 342 8th Street, NE, Washington, DC 20002. Guarantor 1 is not incorporated in any state other than the District of Columbia, nor does Guarantor 1 have any principal places of business outside of the District of Columbia.

4.      Defendant, SONJA G. SWEEK ("Guarantor 2"), upon information and belief, is a citizen of the State of Oregon with a last known address of 1935 NW 51st Street, Lincoln

City, OR 97367.

5.    Defendant, JOSHUA SWEEK ("Guarantor 3"), upon information and belief, is a citizen of the District of Columbia with a last known address of 342 8th Street, NE, Washington, DC 20002.

6.    Defendant, SANDRA SWEEK ("Guarantor 4"), upon information and belief, is a citizen of the District of Columbia with a last known address of 342 8th Street, NE, Washington, DC 20002.

<u>JURISDICTION & VENUE</u>

7.    This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), as this matter involves citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum specified in 28 U.S.C. § 1332 (b).

8.    Venue is proper in the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1391(b)(1), because, the defendants are citizens and residents of the District of Columbia.

COUNT I
<u>BREACH OF CONTRACT</u>
<u>ACTION ON PROMISSORY NOTE</u>

9.    Lender restates and realleges paragraphs 1 through 8 as if fully set forth herein.

10.    On July 18, 2018, Borrower, made, executed, and delivered to Revere Bank that certain promissory note in the original principal amount of One Million Two Hundred Fifty Thousand and 00/100 Dollars ($1,250,000.00) ("Note"). A true and correct copy of the Note is attached hereto as **Exhibit A**.

11.    On or about April 1, 2020, Lender acquired Revere by merger and thus owns and holds the Note.

12.   The loan matured on July 18, 2023.

13.   The parties entered into a Forbearance Agreement, dated July 18, 2023, requiring the parties to make monthly installment payments each month until the termination of the forbearance period of October 18, 2023, among other terms.  A true and correct copy of the executed Forbearance Agreement is attached hereto as **Exhibit B**.

14.   Borrower failed to pay all amounts due and owing under the Note by the termination date as stated in the Forbearance Agreement.

15.   Despite Lender's demands on Borrower to pay the principal, accrued interest, and other charges due and owing under the Note, Borrower has failed and refused, and continues to fail and refuse, to remit payment of the same. A true and correct copy of the Notice of Default and Demand for Payment Letter dated October 19, 2023 directed to Borrower is attached hereto as **Exhibit C**.

16.   As of October 18, 2023 there was due and owing under the Note the total amount of One Million Two Hundred Nineteen Thousand Two Hundred Fifty-One and 68/100 Dollars ($1,219,251.68), which consists of outstanding principal of One Million One Hundred Seventy Five Thousand Seven Hundred Eighty-Four and 33/100 Dollars ($1,175,784.33), accrued but unpaid interest to October 18, 2023 of Eight Thousand Four Hundred Fifty-Five and 73/100 Dollars ($8,455.73), which continues to accrue to the date of final judgment at the present per diem rate of One Hundred Eighty-Seven 79889/100000 Dollars ($187.79889), a loan fee of Seventeen Thousand Six Hundred Sixty-Eight and 21/100 Dollars ($17,668.21), late charges of Seven Hundred Twenty-One and 11/100 Dollars ($721.11) plus all costs of collection, including reasonable attorneys' fees, incurred by Lender.

17.   The Note provides that Borrower shall pay Lender's costs of collection

including, but not limited to, reasonable attorneys' fees in the event that Borrower defaults on Borrower's obligations under the Note.

18.     Lender has retained the undersigned to enforce its rights and remedies under the Note and to assist it in the collection of all amounts due and owing under the Note and has obligated itself to pay a reasonable fee for its services.

19.     All conditions precedent to the relief requested herein have been performed, satisfied, or otherwise been waived.

WHEREFORE Plaintiff, SANDY SPRING BANK, requests that judgment be rendered against Defendant 342 8TH STREET NE, LLC, in favor of Plaintiff, SANDY SPRING BANK, for the total amount due and owing under the Note of One Million Two Hundred Nineteen Thousand Two Hundred Fifty-One and 18/100 Dollars ($1,219,251.18), with interest at the contract rate of One Hundred Eighty-Seven 79889/100000 Dollars ($187.79889) per diem, plus all costs of collection, including reasonable attorneys' fees, incurred by SANDY SPRING BANK, and for such further and other relief as is just and proper.

COUNT II
BREACH OF CONTRACT
ACTION ON GUARANTY

20.     Lender restates and realleges paragraphs 1 through 19 as if fully set forth herein.

21.     As set forth above, on July 18, 2018, Borrower, made, executed, and delivered to Revere Bank that certain promissory note in the original principal amount of One Million Two Hundred Fifty Thousand and 00/100 Dollars ($1,250,000.00).

22.     On July 18, 2018, Defendant, SANDRA SWEEK, in her capacity as the managing member of Guarantor 1, and together with Guarantor 2, Guarantor 3, and Guarantor 4 (collectively, "Guarantors"), made, executed, and delivered to Lender that certain Guaranty

Agreement, guaranting Borrower's payment and performance under the Note (collectively, the "Guaranty").  True and correct copy of the Guaranty is attached hereto as **Exhibit D**.

23.    By virtue of its merger with Revere Bank on or about April 1, 2020, Lender owns and holds the Note and Guaranty.

24.    The parties entered into a Forbearance Agreement, dated July 18, 2023, requiring the parties to make monthly installment payments each month until the termination of the forbearance period of October 18, 2023, among other terms.  See Exhibit B.

25.    Borrower failed to pay the balance of all amounts due under the Note by the termination date as stated in the Forbearance Agreement..

26.    Despite Lender's demands on Borrower and Guarantors to pay the principal, accrued interest, and other charges due and owing under the Note, Borrower and Guarantors have failed and refused, and continue to fail and refuse, to remit payment of the same. See Exhibit C.

27.    As of October 18, 2023 there was due and owing under the Note and Guaranty the total amount of One Million Two Hundred Nineteen Thousand Two Hundred Fifty-One and 68/100 Dollars ($1,219,251.68), which consists of outstanding principal of One Million One Hundred Seventy Five Thousand Seven Hundred Eighty-Four and 33/100 Dollars ($1,175,784.33), accrued but unpaid interest to October 18, 2023 of Eight Thousand Four Hundred Fifty-Five and 73/100 Dollars ($8,455.73), which continues to accrue to the date of final judgment at the present per diem rate of One Hundred Eighty-Seven 79889/100000 Dollars ($187.79889), a loan fee of Seventeen Thousand Six Hundred Sixty-Eight and 21/100 Dollars ($17,668.21), late charges of Seven Hundred Twenty-One and 11/100 Dollars ($721.11) plus all costs of collection, including reasonable attorneys' fees, incurred by Lender.

28.     The Guaranty provides that Guarantors shall pay Lender's costs of collection including, but not limited to, reasonable attorneys' fees in the event that Guarantors default on Guarantors' obligations under the Guaranty.

29.     Lender has retained the undersigned to enforce its rights and remedies under the Note and Guaranty and to assist it in the collection of all amounts due and owing under the Note and Guaranty and has obligated itself to pay a reasonable fee for its services.

30.     All conditions precedent to the relief requested herein have been performed, satisfied, or otherwise been waived.

WHEREFORE Plaintiff, SANDY SPRING BANK, requests that judgment be rendered against Defendants, 342 8TH STREET NE, LLC, NANA'S PLACE, LLC, SONJA G. SWEEK, JOSHUA SWEEK, and SANDRA SWEEK, in favor of Plaintiff, SANDY SPRING BANK, jointly and severally, for the total amount due and owing under the One Million Two Hundred Nineteen Thousand Two Hundred Fifty-One and 68/100 Dollars ($1,219,251.68), which consists of outstanding principal of One Million One Hundred Seventy Five Thousand Seven Hundred Eighty-Four and 33/100 Dollars ($1,175,784.33), accrued but unpaid interest to October 18, 2023 of Eight Thousand Four Hundred Fifty-Five and 73/100 Dollars ($8,455.73), which continues to accrue to the date of final judgment at the present per diem rate of One Hundred Eighty-Seven 79889/100000 Dollars ($187.79889), a loan fee of Seventeen Thousand Six Hundred Sixty-Eight and 21/100 Dollars ($17,668.21), late charges of Seven Hundred Twenty-One and 11/100 Dollars ($721.11), plus all costs of collection, including reasonable attorneys' fees, incurred by SANDY SPRING BANK, and for such further and other relief as is just and proper.

Dated this 7th day of November 2023.

By:    /s/ John E. Reid_____
       Jeffery T. Martin, Jr., Bar No. VA71860
       John E. Reid, Bar No. 473541
       Martin Law Group, P.C.
       7918 Jones Branch Dr.
       4th Floor
       McLean, VA 22102
       703-223-1822 Office
       jack@martinlawgroupva.com
       *Counsel for Plaintiff, Sandy Spring Bank*